UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MYKAYLA FAGNANI, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                 Plaintiffs,

           v.

TOUCHLAND LLC,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-6755

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, TOUCHLAND LLC, with prejudice and without fees and costs.

Dated: New York, New York
       October 15, 2024

                                             **GOTTLIEB & ASSOCIATES PLLC**

                                             */s/Michael A. LaBollita, Esq.*

                                             Michael A. LaBollita, Esq., (ML-9985)
                                             150 East 18th Street, Suite PHR
                                             New York, NY 10003
                                             Phone: (212) 228-9795
                                             Fax: (212) 982-6284
                                             Michael@Gottlieb.legal

                                             *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge